IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


RENWICK KEITH FRANKLIN                                            PLAINTIFF


            v.                          Civil No. 06-5170


CORPORAL CHARLES TOMLIN;
DEPUTY MATTHEW MONROE;
DEPUTY JASON HAMMACK; and
DEPUTY DAVID UNBIANO                                              DEFENDANTS

**O R D E R**

Defendants have filed a motion for summary judgment (Doc. 13). To assist plaintiff in responding to the motion, the court is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

For this reason, Renwick Keith Franklin is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motions on or before **February 4, 2008**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 14th day of January 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RENWICK KEITH FRANKLIN                                               PLAINTIFF


        v.                          Civil No. 06-5170


CORPORAL CHARLES TOMLIN;
DEPUTY MATTHEW MONROE;
DEPUTY JASON HAMMACK; and
DEPUTY DAVID UNBIANO                                                 DEFENDANTS

**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  RENWICK KEITH FRANKLIN

        These questions and answers will serve as your response to the motion for summary

judgment filed by the defendants.  You may use additional sheets of paper in responding to

these questions.  You must file this response by **February 4, 2008.**

        1.  You were booked into the Benton County Detention Center (BCDC) on charges of

domestic battery on February 27, 2006.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

        page 1.


        _____

        _____

        _____

        _____


-2-

2.  When you were booked in a medical questionnaire was completed, you indicated you had no medical problems other than back pain but said you used drugs on a daily basis and were last high that day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

3.  On February 28, 2006, you were bonded out and Judge Thomas ordered you were to have no contact with the victim, Juanita.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 31 .

_____

_____

_____

_____

4. On May 9, 2006, your bail was suspended and you were booked back into the BCDC.  The booking report indicates your original charge was possession of a controlled substance and you were being charged with contempt of court.

-3-

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 5-6.

_____

_____

_____

_____

    5.  You completed a medical questionnaire on May 9th indicating you had no health problems but stating you were allergic to pork.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 2.

_____

_____

_____

_____

    6.  On May 12th you submitted a request stating your girl would be bringing your unemployment check for you to sign.  You asked for help with the situation.  In response, you were told to have her come to the clerk's office and then a deputy would bring the check to you for you to sign.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

-4-

1.

_____

_____

_____

_____

7.  On May 13th you submitted a request asking about good time.  In response, you were told that with no disciplinaries you would be eligible for good time and could be released on July 15th if you remained off lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

8(A).  On May 15th you changed your plea to guilty on the charge of possession of a controlled substance and were sentenced to a term of ninety days in the BCDC and three years probation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 8-10.

_____

_____

_____

_____

(B).  On May 15th you were remanded to the custody of the Sheriff per order of Judge

Tom Keith.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

7.

_____

_____

_____

_____

9(A).  On May 20th during a shakedown Deputy Reyes reported that an extra book

was found in your cell and you admitted the book was yours.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

(B).  Reyes informed you that you were being locked down for concealing items from

jail staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

(C). You had a disciplinary hearing that day and the lockdown was reversed because

your cell mate also had three books.  You were sent back to your cell and told to only have

two books.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

2.

_____

_____

_____

_____

10(A).  On May 19th you were seen by the nurse.  You stated you had been in a car

wreck earlier in the year and when you climbed up to the top bunk a pain shot down your

neck and into your shoulder.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

(B).  Upon examination, the nurse noted you had a full range of motion in your shoulder.  She also noted you were able to walk without problems and were able to climb steps.  She prescribed Acetaminophen for two nights.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

11.  On May 20th you asked to be put into a job.  You stated you wanted to stay occupied.  In response, you were told to fill out a trustee application.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

-8-

_____

_____

_____

12.   On May 21st you submitted a medical request.  You asked for something stronger for the pain.  You indicated that you had been receiving chiropractic treatments and herbal relaxants prior to incarceration.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

13.  You were seen by the nurse on May 23rd.  She prescribed Ibuprofen, three times a day, for four days, for pain related to the car wreck last April.  She also cut your nails.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

14.   On May 27th you submitted a request about a trustee job.  You asked how much payment they received per day.  In response, you were told that if they wanted you as a trustee they would select you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

15.  On May 28th you submitted a request asking that you not be served pork.  In response, you were told the jail did not serve pork.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 5.

_____

_____

_____

_____

16.  On May 30th you submitted a medical request stating that you were still in pain from your neck and back.  You also indicated you had a fungus or something on your right foot.

-10-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 8.

_____

_____

_____

_____

17(A).  On May 30th Deputy Brown reported that you requested new striped pants. He told you the ones you had would work.  When you turned to go back to your cell, Brown noticed you had what appeared to be elastic in your hair.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

(B).  Brown asked you where you got the elastic and you replied out of your socks. You stated you were trying to keep your hair up and didn't have a comb.  Brown informed you that you were being placed on lock-down for mutilation of clothing.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

-11-

3.

_____

_____

_____

_____

(C).  You were charged with a disciplinary violation and a hearing was held that day.

You were found guilty and given ten days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

4.

_____

_____

_____

_____

18.  On May 30th you submitted a grievance asking if the air conditioning was broken

or if it was your punishment to "burn in hell as well."   In response, you were told the air was

working.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

6.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

19.  On June 1, 2006, you submitted a grievance stating you sometimes stood at the door waiting ten or twenty minutes for a sharpened pencil or paper.  You complained this was too long.  In response, you were told the deputies would get to you when they could.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 7.

_____

_____

_____

_____

20.  On June 2nd you submitted a request for a copy of your probable cause papers. In response, you were told you had none at that time.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 8.

_____

_____

_____

_____

21.  On June 2nd you were seen by the nurse for a possible planters wart.  She

-13-

prescribed Ibuprofen, twice a ay, for three days for back pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

5.

_____

_____

_____

_____

22(A).  On June 4th you submitted a medical request stating that your foot was still

hurting.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

9.

_____

_____

_____

_____

(B).  You were seen by the nurse on June 7th and she prescribed Carmex for your lips

for four nights.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

5.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

(C).  Did she do anything about your foot?

Answer:  Yes _____ No _____.

If you answered yes, please state what treatment you received.

_____

_____

_____

_____

If you answered no, please describe the condition of your foot.

_____

_____

_____

_____

23(A).  On June 9th you called over the intercom stating you needed toilet paper.

Deputy Monroe called you to come down to pod control to receive a roll.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

5.

_____

-15-

_____

_____

_____

     (B).  Monroe asked you for the core from the old toilet paper roll.  When you said you

did not have one, Monroe informed you that he could not give you a new roll without a core.

You asked to speak to someone of a higher rank.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

     5.

_____

_____

_____

_____

     (C).  Corporal Tomlin was called and arrived at pod control.  He told you that you

would receive a new roll of paper as soon as Deputy Monroe had a chance to get it and to

return to your cell.  You complied.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

     9.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

(D).   Once back in your cell, you began to push the intercom button repeatedly.

Monroe instructed you not to push the button for non-emergencies.  You did not comply and

started to bang on your intercom speaker.  Monroe instructed you to stop.  You did not

comply.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

5.

_____

_____

_____

_____

(E).  Monroe, Tomlin, Deputy Hammack, and Deputy Undiano went to the cell block

and up to your cell 228 and stood outside your door.  Hammack ordered you to place your

hands on the wall.  You refused to comply.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

7.

_____

_____

_____

_____

-17-

(F).  Hammack then opened the door and repeated his order.  You did not comply and remained seated at the desk in the cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at pages 5 & 7.

_____

_____

_____

_____

(G).  Hammack placed you on the floor.  You refused to give them your right arm and started to roll on your back.  Hammack placed his right knee on the floor to keep you from rolling and secured your left arm in a straight arm bar .

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at pages 5 & 7.

_____

_____

_____

_____

(H).  Undiano secured your legs.  Monroe was securing your cellmate.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

-18-

5.

_____

_____

_____

_____

(I).  Tomlin ordered you several times to stop resisting and to give them your right arm.  You refused to comply and were lying on your right arm.  When you did not comply Tomlin sprayed you with a one second burst Oleoresin Capsicum Spray.  The officers then left your cell for three to ten minutes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at pages 5, 7 & 9.

_____

_____

_____

_____

(J).  The officers came back and ordered you through the cell door to get on the floor. You did not comply.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at pages 5 & 7.

_____

-19-

_____

_____

_____

(K).  The officers entered the cell and Hammock and Tomlin placed you on the floor and secured your arms while Undiano attempted to secure your legs.  Undiano used knee strikes to get you to straighten out your leg.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at pages 5, 7 & 11.

_____

_____

_____

_____

(L).  You were placed in handcuffs and taken to booking for decontamination.  While on the way, you started to refuse to walk.  Hammock applied pressure to your left wrist to get you to walk.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at pages 5-8.

_____

_____

_____

-20-

_____

(M).  Once you got to central control, you started to pull away from Hammock and tried to turn towards Hammock.  Hammock applied pressure to your wrist.  When Hammock was re-securing you, your head and right upper shoulder hit the booking slider.  You cut your head.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 8.

_____

_____

_____

_____

(N).  You were placed in a holding cell and instructed to put your hands on the wall in front of you.  You complied.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 6.

_____

_____

_____

_____

(O).  The cut to your head was not bad.  You were taken to a bathroom and given a

new jail uniform and allowed to shower.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at pages 8 & 10.

_____

_____

_____

_____

24(A).  On June 9th Deputy Jared Adams was sending inmates from D-154 to outside recreation.  All inmates were instructed not to sit down and not to cross the red line.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 12.

_____

_____

_____

_____

(B).  You asked to go to recreation and were told not to sit down and not to cross the red line.  You were allowed outside and a few seconds later Adams noticed you sitting down by the door with your back on the wall.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

-22-

12.

_____

_____

_____

_____

(C).  The inmates were instructed over the intercom to stand up or come back inside.

You stood up and hit the door.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

12.

_____

_____

_____

_____

(D).  You were instructed to come back inside.  Adams asked you several times why

you hit the door.  You did not respond.  Adams stated you were being locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

12.

_____

_____

_____

-23-

_____

(E).  You were given a written notice of disciplinary violations for refusing to obey an

order of a deputy, banging on a cell door, and crossing red lines without permission.  A

hearing was held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

15.

_____

_____

_____

_____

(F).  You were found guilty and given ten days lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

15.

_____

_____

_____

_____

(G).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

-24-

15.

_____

_____

_____

_____

25(A).  On June 9th you were given a second disciplinary for disobeying the order of

a deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

16.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

16.

_____

_____

_____

-25-

_____

(C).  You were found guilty and given ten days lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

16.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

16.

_____

_____

_____

_____

26(A).  On June 9th you submitted a grievance complaining of unfairness on the part

of the officers.  You stated you were put on lock-down without explanation.  You stated you

would prefer to talk to rank since this was the third time you had been put on lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

AO72A
(Rev. 8/82)

9.

_____

_____

_____

_____

(B).  In response, you were told you could appeal your lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

9.

_____

_____

_____

_____

27(A).  On June 11th you submitted a grievance complaining that Tomlin, Hammock,

Undiano, and Monroe had used excessive force against you as well as having pepper sprayed

you.  You asked that action be taken against them.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

10.

_____

_____

_____

-27-

_____

(B).  In response you were told excessive force had not been used against you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

10.

_____

_____

_____

_____

28(A).  On June 12th you submitted a grievance stating that you hadn't received a

handbook and had been brutally mishandled by correction officers.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

11.

_____

_____

_____

_____

(B).  In response, Captain Petray stated you refused to go back to your cell when the

deputy ordered you to and refused subsequent orders from other deputies.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

11.

_____

_____

_____

_____

29(A).  On June 14th you submitted a medical request stating that you had been waking up in cold sweats.  You indicated something wasn't sitting right with your stomach. You also asked that you not be served trays with ham/pork.  You asked that you be placed on the special tray list.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 10.

_____

_____

_____

_____

(B).  In response you were told the jail did not serve ham or pork trays.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 10.

_____

_____

-29-

_____

_____

30(A).  You submitted a request on June 14th to be placed on the special diet list.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

11.

_____

_____

_____

_____

(B).   In response, the nurse stated special diet requests went to Captain Petray.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

11.

_____

_____

_____

_____

31.  On June 14th you stated you needed something  for your chapped lips.  In

response you were told you would see the nurse on Friday.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

-30-

12.

_____

_____

_____

_____

32(A).  On June 15th you submitted a request stating you had messed up and got a disciplinary and you wanted to know when you got off lock-down.  You also requested a Koran from the Pastor.  Finally, you stated you should be receiving a dictionary and you wanted to know if you could have it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 12.

_____

_____

_____

_____

(B).  In response, you were told you got off lock-down on June 29th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 12.

_____

_____

-31-

_____

_____

33(A).  On June 16th you filed a grievance stating that you never received a handbook or signed off on one.  You asked if they would be lenient on you and cut you some slack.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 13.

_____

_____

_____

_____

(B).  In response you were told you could appeal your lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 13.

_____

_____

_____

_____

34(A).  You submitted a request on June 16th asking when your release date was. You also asked if they had a Koran or any pamphlets on your religion.  Finally you indicated you were supposed to receive books in the mail.  You asked if you could have them.

-32-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

14.

_____

_____

_____

_____

(B).  In response, you were told your release date was August 3rd.  You were also told

they did not have pamphlets on your religion and that any books would be returned to sender.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

14.

_____

_____

_____

_____

35.  You were seen by the nurse on June 16th.  You claimed you had been beaten up.

She noted you had no bumps on your head and no bruises or apparent injuries.  She gave you

600 mg. of Ibuprofen.  She gave you Vaseline for your lips.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

5.

-33-

_____

_____

_____

_____

36.  On June 18th you submitted a request asking to be put on a special diet list.  You stated you would eat peanut butter the rest of the time you were at the jail.  In response, you were told you had to submit a medical form to the nurse to receive a special diet tray.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 15.

_____

_____

_____

_____

37(A).  On June 20th you submitted a grievance stating you were losing weight and could not eat the chunks that smell like pork sausage.  You stated it turned your stomach.  You stated you would eat peanut butter the remainder of your time if that is what it took.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 16.

_____

_____

-34-

_____

_____

(B).  In response, you were told that if you had a medical problem you needed to put

in a medical request.  You were told they did not serve pork at the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

16.

_____

_____

_____

_____

38.  You submitted a medical request on June 20th stating that the chunks that smell

of sausage turn your stomach and you had been waking up in cold sweats.  You stated you

had asked for a special tray and been instructed to write the nurse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

13.

_____

_____

_____

_____

39.  You were seen by the nurse on June 22nd.  You were given Ibuprofen for back

-35-

pain.  You stated the back pain was caused by the deputies last month.  You were also given Carmex for three nights for chapped lips.  You did not mention your diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

40.  On June 25th you asked for your affidavit papers.  In response, you were told you were there on a warrant and had no probable cause paperwork.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 17.

_____

_____

_____

_____

41.  You requested a copy of the Koran on June 26th.  In response, you were instructed to contact the Chaplain or have your family furnish this book.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

-36-

18.

_____

_____

_____

_____

42.  On June 27th you asked about any holds that might be on you.  In response, you were told there were currently no holds.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 19.

_____

_____

_____

_____

43.  On July 2nd you submitted a request to do something positive during your incarceration.  In response, you were told to put in a trustee application.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 20.

_____

_____

_____

_____

44.  On July 2nd Reyes, Baker, Undiano, Smith, and Sgt. Wiens reported that you were involved in an altercation with fellow inmate Courtney Flurry.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at pages 18-23 & 25.

_____

_____

_____

_____

45(A).  Both you and Flurry were put on lock-down for fighting.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(B).  You were given a disciplinary hearing, found guilty, and given thirty days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 24.

-38-

_____

_____

_____

_____

(C).  You appealed and the decision was upheld.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

24.

_____

_____

_____

_____

46.   You were transported to St. Mary's Hospital on July 2nd for treatment due to a

cut on your lip.  Your lip was stitched and you were prescribed an antibiotic, Keflex.  You

were to be given Ibuprofen as needed, neosporin, and told to use warm salt water mouth

rinses.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

14.

_____

_____

_____

-39-

47.  On July 3rd you submitted a medical request stating that you had received stitches last night and were in a scuffle.  You stated you hadn't received any medication since 10:30 p.m. the night before and it was now 10:00 a.m.  You indicated you hadn't received the ointment for your lips.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 15.

_____

_____

_____

_____

48.  On July 3rd you submitted a grievance stating that despite being on lock-down you had a constitutional right to see your family, loved ones, and friends.  In response, you were told visitation was a privilege, not a right.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 21.

_____

_____

_____

_____

-40-

49.  On July 4th you complained about the harsh conditions and everything being a privilege and not a right.  You asked if you could have a day with the preacher once a week if possible.  In response, you were told your actions in the jail dictated whether you were on lock-down or not.  You were also told the Chaplains can still come to see you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 22.

_____

_____

_____

_____

50.  You were seen by the nurse on July 5th.  She prescribed triple antibiotic lotion for your lips for four nights.  She noted you claimed to be a Muslim and not to eat pork or meat.  She noted that the facility did not serve pork.  She also stated you had a list from your chiropractor regarding your motor vehicle accident.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

-41-

51(A).  On July 10th you submitted a grievance about the diet you were receiving. You complained about the number of meals containing "chunks."  You stated you were starving, your stomach was growling, and you were losing weight.  You asked if you could be served peanut butter and jelly and cheese sandwiches in place of the chunks.  You said the chunks did not "set" with your stomach.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 23.

_____

_____

_____

_____

(B).  In response Captain Petray stated the menu was set by a registered dietician and you would remain on the same diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 23.

_____

_____

_____

_____

52(A).  You were examined by Dr. Mullins on July 12th.  You complained that you

-42-

could not eat meat.  You stated it made you vomit.  You stated you did not eat it and hadn't for three months.  You complained you had been losing weight and feeling bad.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 16.

_____

_____

_____

_____

(B).  Dr. Mullins noted your weight in May was 162 pounds and it was 163 that day.  So you had gained weight.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 16.

_____

_____

_____

_____

(C).  However, Dr. Mullins authorized a vegetarian tray for one month and then planned to re-evaluate you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

-43-

16.

_____

_____

_____

_____

53.  On July 13th you asked your release date and were told it was August 3rd.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

24.

_____

_____

_____

_____

54.  On July 15th you asked if you could get more ointment and were put on the list to

see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

17.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

55. On July 17th you asked for and were provided with the address of Judge Tom Keith.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 3 at page 25.

_____

_____

_____

_____

56. On July 17th you complained you were having pain from a scuffle you had been in. You were put on the list to see the doctor.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 2 at page 18.

_____

_____

_____

_____

57. You were seen by Dr. Mullins on July 19th he noted that you had a little spot on your abdomen that could be an early boil or infection and a little callous on right foot. He prescribed Keflex for ten days.

-45-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 7.

_____

_____

_____

_____

58.  On July 20th you noted you had been on lock-down for fifty odd days and hadn't been called to church or seen the pastor.  In response, you were told the Chaplains were voluntary and saw who they want.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 27.

_____

_____

_____

_____

59.  On July 21st you requested chapstick and removal of your stitches.  You were put on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 19.

-46-

_____

_____

_____

_____

60. On July 22nd you submitted a medical request stating you had a spider bite that

was bleeding.  You were put on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

20.

_____

_____

_____

_____

61. You were seen by Dr. Mullins on July 24th and your sutures were removed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

6.

_____

_____

_____

_____

62. On July 31st you asked about your affidavit papers and what time you would be

-47-

released on August 3rd.  In response you were told you were a "commit" and had no probable

cause papers.  You were also told your release date was not August 3rd.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

28.

_____

_____

_____

_____

63.  You were released on August 3rd.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

11.

_____

_____

_____

_____

64.  You received a variety of foods while at the BCDC including oranges, cereal,

biscuits, peanut butter and jelly sandwiches, salami and cheese sandwiches, salad, cake,

chips, bean salad, turkey ham, eggs, cole slaw, pudding, fresh fruit, potato salad, and

vegetable sticks.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-48-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4A.

_____

_____

_____

_____

65.  You received all medical care and medication ordered by the jail nurses or doctors or by the doctor you saw at the hospital.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 21-29.

_____

_____

_____

_____

_____

_____

_____

_____

66.  In your complaint, you do not mention anything about the diet you received.  Are you bringing a claim based on the diet you received at the BCDC?

Answer:  Yes _____  No _____.

If you answered yes, please describe in detail how you believe your constitutional

-49-

rights were violated by the diet you received at the BCDC.  Also describe in detail any injury you suffered as a result of the diet you received.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-50-

67.  In your complaint, you do not mention anything about your not having access to a Koran or Chaplain.  Are you bringing a claim based on your not having access to a Koran or Chaplain?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail how you believe your constitutional rights were violated by the diet you received at the BCDC.  Also describe in detail how this prevented you from worshiping or following the dictates of your religion.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-51-

_____

_____

_____

_____

_____

68.  Under section 1983, an individual may be sued in his official capacity, in his

individual capacity, or in both capacities.  An official capacity claim is the same as a claim

against the entity for whom the individual works and requires a showing of a custom or

policy.  Ordinarily, if you fail to state what capacity you are suing an individual in, the law

presumes you are bringing only an official capacity claim.  An individual capacity claim

seeks to hold the individual personally liable.  Did you intend to bring an official capacity

claim, an individual capacity claim, or both types of claims against the defendants?

Answer:

_____

_____

_____

_____

69.  Do you believe a custom or policy of Benton County was the moving force

behind the violation of your federal constitutional rights?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail the custom or policy and how it

-52-

operated to deprive you of your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

70.  All decisions regarding your medical care were made by the jail nurse, jail doctor,

or the medical personnel at St. Mary's hospital.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

71.  Tomlin, Monroe, Hammack, and Undiano did not personally make any decisions regarding your medical care.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

72.  Do you contend Tomlin used excessive physical force against you on June 9, 2006?

Answer:  Yes _____ No _____.

If you answered yes, please describe:  (a) the amount of force he used; (b) the injuries you sustained as a result of his use of force; (c) whether you were resisting in anyway; and (d) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-55-

_____

73.  Do you contend Monroe used excessive physical force against you on June 9,

2006?

Answer:  Yes _____ No _____.

If you answered yes, please describe:  (a) the amount of force he used; (b) the injuries

you sustained as a result of his use of force; (c) whether you were resisting in anyway; and (d)

how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-56-

_____

74.  Do you contend Hammack used excessive physical force against you on June 9, 2006?

Answer:  Yes _____ No _____.

If you answered yes, please describe:  (a) the amount of force he used; (b) the injuries you sustained as a result of his use of force; (c) whether you were resisting in anyway; and (d) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-57-

_____

75.  Do you contend Undiano used excessive physical force against you on June 9, 2006?

Answer:  Yes _____  No _____.

If you answered yes, please describe:  (a) the amount of force he used; (b) the injuries you sustained as a result of his use of force; (c) whether you were resisting in anyway; and (d) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-58-

_____

        Detail below any further response you would like to make to the motion for summary

judgment.  If you have any exhibits you would like the court to consider, you may attach

them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-59-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

   EXECUTED ON THIS _____ DAY OF _____ 2008.


       _____

       RENWICK KEITH FRANKLIN

AO72A
(Rev. 8/82)