IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RENWICK KEITH FRANKLIN                                              PLAINTIFF

v.                        Civil No. 06-5170

CORPORAL CHARLES TOMLINSON;
DEPUTY MATTHEW MONROE;
DEPUTY JASON HAMMACK; and
DEPUTY DAVID UNBIANO                                                DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Renwick Keith Franklin filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 15, 2006. He proceeds *pro se* and *in forma pauperis*.

Defendants filed a motion for summary judgment (Doc. 13). To assist plaintiff in responding to the motion, the undersigned entered an order (Doc. 16) directing Franklin to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

The plaintiff's response to the questionnaire was to be returned by February 4, 2008. To date, the plaintiff has failed to respond to the questionnaire. Plaintiff has not sought an extension of time to respond to the questionnaire. Plaintiff has not communicated with the court in anyway. The court's order was not returned to the court as undeliverable.

On February 8, 2008, defendants filed a motion to dismiss (Doc. 17). The motion to dismiss is based on the plaintiff's failure to respond to the court's order (Doc. 16).

I recommend that the defendants' motion to dismiss (Doc. 17) be granted. The case should be dismissed based on the plaintiff's failure to prosecute this action and his failure to

-1-

comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 12th day of February 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-2-

AO72A
(Rev. 8/82)