```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

**RENWICK KEITH FRANKLIN**                                              **PLAINTIFF**

**v.**                        **Civil No. 06-5170**

**CORPORAL CHARLES TOMLINSON;**
**DEPUTY MATTHEW MONROE;**
**DEPUTY JASON HAMMACK; and**
**DEPUTY DAVID UNBIANO**                                                **DEFENDANTS**

### O R D E R

Now on this 5th day of March, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #19, filed February 12, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **defendant's Motion to Dismiss (Doc. #17) is hereby granted and this case is dismissed.**

**IT IS SO ORDERED.**

                                             **/s/Jimm Larry Hendren**
                                             **HON. JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**